**Carolyn Faye NICHOLSON, wife of Luther Jerry SANDERS,**

v.

**ATLAS ASSURANCE CORPORATION et al.**

No. 47000.

Dec. 16, 1963.

In re: Carolyn Faye Nicholson, wife of Luther Jerry Sanders, applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 245.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

■

158 So.2d 612

**William H. LINDSEY**

v.

**MICHIGAN MUTUAL LIABILITY COMPANY and Dr. Malter A. Salatich.**

No. 47001.

Dec. 16, 1963.

In re: William H. Lindsey applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 313.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

■

158 So.2d 612

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,**

v.

**J. A. BORDAGES et al.**

No. 47003.

Dec. 16, 1963.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 156 So.2d 617.

The application is denied. The judgment complained of is correct.